1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorneys for Defendant
6  ALBERT HOOD

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   No. 1:11-cr-0443 AWI DLB
                                       )
12                Plaintiff,           )   STIPULATION AND ORDER TO CONTINUE
                                       )   STATUS CONFERENCE HEARING
13     v.                              )
                                       )   DATE:    October 15, 2012
14  ALBERT HOOD,                       )   TIME:    1:30 p.m.
                                       )   JUDGE:   Hon. Anthony W. Ishii
15                Defendant.           )
                                       )
16  _____)

17         **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

18  counsel that the status conference in the above-captioned matter now set for September 24, 2012, **may be**

19  **continued to October 15, 2012 at 1:30 p.m. before the Honorable Anthony W. Ishii.**

20         This continuance is at the request of both counsel for continued plea negotiations and to allow

21  for defense investigation and preparation.  Defense has filed a Motion for Revocation of Detention Order

22  which is currently scheduled for October 15, 2012 at 1:30 p.m. and the parties would like this status

23  conference on the same date and time.

24         The parties agree that the delay resulting from the continuance shall be excluded in the interests

25  of justice, including but not limited to, the need for the period of time set forth herein for effective defense

26  preparation and plea negotiation purposes pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i)

27  and (iv).

28  //

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: September 18, 2012          By:     /s/ Kimberly A. Sanchez
                                           KIMBERLY A. SANCHEZ
                                           Assistant United States Attorney
                                           Attorney for Plaintiff


                                           DANIEL J. BRODERICK
                                           Federal Defender


DATED: September 18, 2012          By:     /s/ Charles J. Lee
                                           CHARLES J. LEE
                                           Assistant Federal Defender
                                           Attorneys for Defendant
                                           ALBERT HOOD



**O R D E R**

**IT IS SO ORDERED.**  Time is excluded pursuant to  18 U.S.C. §§ 3161(h)(7)(A) and

3161(h)(7)(B)(i) and (iv).


IT IS SO ORDERED.

**Dated:    September 20, 2012                /s/ Dennis L. Beck**
                                           UNITED STATES MAGISTRATE JUDGE