```
BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ALBERT HOOD,<br><br>　　　　　　　Defendant. | CASE NO. 1:11-CR-00443 AWI<br><br>STIPULATION TO CONTINUE SENTENCING |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Linden Lindahl, attorney for the defendant, that the sentencing set for December 23, 2013 at 10:00 a.m. before the Honorable Anthony W. Ishii be continued to February 10, 2014 at 10:00 a.m. The reason for the request is because defense counsel needs time to review a transcript that he obtained from the Federal Defender's Office very recently.

Dated: December 20, 2013　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　By   /s/ Kimberly A. Sanchez
　　　　　　　　　　　　　　　　　　　　　　　　KIMBERLY A. SANCHEZ
　　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Dated: December 20, 2013　　　　　　　　　　　/s/ Linden Lindahl
　　　　　　　　　　　　　　　　　　　　　　　　LINDEN LINDAHL
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Albert Hood

Stipulation　　　　　　　　　　　　　　　　1

1  IT IS SO ORDERED.
2
3  Dated:   December 20, 2013
            _____
            SENIOR  DISTRICT  JUDGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation                                 2