BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00443 AWI |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | |
| ALBERT HOOD, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Linden Lindahl, attorney for the defendant, that the sentencing set for February 10, 2014 at 10:00 a.m. before the Honorable Anthony W. Ishii be continued to February 18, 2014 at 10:00 a.m.  The reason for the request is because Assistant U.S. Attorney Kimberly Sanchez' son is off from school on 2/10/14 and she will be caring for him.

Dated: February 5, 2014                                                   Respectfully submitted,

                                                                                              BENJAMIN B. WAGNER
                                                                                              United States Attorney

                                                                              By     /s/ Kimberly A. Sanchez
                                                                                        KIMBERLY A. SANCHEZ
                                                                                        Assistant U.S. Attorney

Stipulation                                                                1

1 | Dated: February 5, 2014

/s/ Linden Lindahl
LINDEN LINDAHL
Attorney for Albert Hood

IT IS SO ORDERED.

Dated:  February 5, 2014

_____
SENIOR DISTRICT JUDGE

Stipulation

2