McGREGOR W. SCOTT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>          v.<br><br>ALBERT HOOD<br><br>                       Defendant. | CASE NO.  1:11-CR-00443-NONE<br><br>STIPULATION AND ORDER REGARDNG STATUS CONFERENCE<br><br>DATE: December 29, 2020<br>TIME: 2:00 P.M.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 29, 2020.

2. By this stipulation, initiated by the defense, the parties stipulate that the status conference may be continued to January 14, 2021, to allow time for defense investigation, review of discovery, and settlement discussions.

IT IS SO STIPULATED.

1

Dated:  December 22, 2020                               McGREGOR W. SCOTT
                                                        United States Attorney


                                                        /s/ ANTONIO J. PATACA
                                                        ANTONIO J. PATACA
                                                        Assistant United States Attorney


Dated:  December 22, 2020                               /s/ MIKE McKNEELY
                                                        MIKE McKNEELY
                                                        Counsel for Defendant
                                                        Albert Hood

## **ORDER**

IT IS SO ORDERED that the status conference is continued from December 29, 2020, to **January 14, 2021, at 2:00 p.m. before Magistrate Judge Erica P. Grosjean.**

IT IS SO ORDERED.

Dated:   **December 22, 2020**              /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE

2