IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ALBERT HOOD,<br><br>　　　　　　　　　　Defendant. | CASE NO. 1:11-cr-00443-NONE<br><br>ORDER DISMISSING PETITION FOR OFFENDER UNDER SUPERVISION |

　　　This matter is before the Court on motion of the United States seeking dismissal of the Petition for Offender Under Supervision filed on December 3, 2020.  (Doc. 105).  The Court, having considered the Motion and being otherwise sufficiently advised, is of the opinion that the Motion should be **GRANTED**.

　　　THEREFORE, IT IS ORDERED that the Petition for Offender Under Supervision filed on December 3, 2021, is dismissed in the interest of justice.

　　　IT IS FURTHER ORDERED that the status conference set for January 14, 2021, at 2:00 pm be removed from the calendar.

IT IS SO ORDERED.

　　　Dated:   **January 12, 2021**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3