IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 1:11-CR-443 NONE |
| vs. | ) | ORDER OF RELEASE |
| ALBERT HOOD, | ) | |
| Defendant. | ) | |

As the government's motion to dismiss the petition for offender under supervision, document [119], was granted by the Court on January 13, 2021, defendant, Albert Hood, IS HEREBY ORDERED released forthwith.

Dated: __January 14, 2021__   /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE